# United States District Court

for the

**Eastern District of Tennessee**

U.S. DISTRICT COURT
GREENEVILLE TN

2009 MAR 23 A 11: 50

U.S.A. vs. **Shannon Nichole Widener**

Docket Number: 2:09-CR-00013-002

FILED

### Petition for Action on Conditions of Pretrial Release

COMES NOW Jennifer A. Bible, PROBATION OFFICER, presenting an official report upon the conduct of defendant Shannon Nichole Widener, who was placed under pretrial release supervision by The Honorable Dennis H. Inman, sitting in the Court at Greeneville, on February 18, 2009, under the following conditions:

(7) (d): avoid all contact with the confidential informant and the co-defendant.

### Respectfully presenting petition for action of Court and for cause as follows:

On March 20, 2009, this officer was contacted by Vanessa Tester in regard to a confrontation involving the defendant, Josh Carr, and her son, Jeff Tester. Mrs. Tester reported that on March 9, 2009, two days before her son was beaten up, defendant, Shannon Widener, telephoned her and said, "Listen to your son." Ms. Widener then played two compact discs in which her son was talking to Ms. Widener's codefendant, Josh Carr, apparently acquiring information. Ms. Tester reported that Ms. Widener was cursing her son, and stated, "I'd like to go whip his ass myself, but I can't, because I would get into trouble, but other people can." Two days later, Jeff Tester was beaten up. Ms. Widener did not have direct contact with the confidential informant, but indirectly threatened him verbally through family members.

### PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED AND THE DEFENDANT'S PRETRIAL RELEASE BE REVOKED.

ORDER OF COURT

Considered and ordered this ____2 7ʳᵈ____ day
of ___*March*___, 200_9_ and ordered filed
and made a part of the records in the above
case.

_____
The Honorable Dennis H. Inman
U.S. Magistrate Judge

I declare that under penalty of perjury that
the foregoing is true and correct.

Respectfully,

_____
Jennifer A. Bible
Supervisory U.S. Probation Officer

Place: Greeneville, TN

Date: March 20, 2009