UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:09-CR-13 |
| | ) | |
| SHANNON NICHOLE WIDENER | ) | |

**O R D E R**

Sentencing proceedings in this matter will be conducted at 9:00 a.m. on August 24, 2009, in accordance with Local Rule 83.9. In addition, each party shall file with the Court not later than August 7, 2009, a sentencing memorandum setting forth the party's position with respect to a reasonable sentence in the case and specifically addressing the applicability of each of the factors set forth in 18 U. S. C. § 3553(a) and bases for any proposed upward or downward variances from the applicable advisory guidelines range. Any and all letters to be considered by the Court must be attached to the defendant's sentencing memorandum or they will not be considered by the Court. A copy of this memorandum and the letters shall be provided to the probation officer. If sensitive material is contained in those letters, the defendant shall file a motion to seal any letter containing sensitive material before that letter is electronically filed.

Any request to continue the deadline for the sentencing memorandum and

letters shall be made by written pleading, filed with the Court, no later than five (5) business days prior to the deadline for the sentencing memorandum. Any request to continue the sentencing hearing shall be made by written pleading, filed with the Court, no later than five (5) business days prior to the sentencing hearing.

ENTER:

                                                  s/J. RONNIE GREER
                                      UNITED STATES DISTRICT JUDGE