UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.: 2:09-CR-13-002 |
| | ) | Judge Greer |
| SHANNON NICHOLE WIDENER | ) | |

## SENTENCING MEMORANDUM

Comes now the United States of America, by and through James R. Dedrick, United States Attorney for the Eastern District of Tennessee, and files this Sentencing Memorandum in compliance with the Court's Order.

The presentence report prepared by U.S. Probation establishes the advisory guideline range to be 12-18 months. The government concurs that this is the applicable advisory range.

          Respectfully submitted,

          JAMES R. DEDRICK
          United States Attorney

By: *s/ Robert M. Reeves*
     ROBERT M. REEVES    BPR: 011110
     Assistant U.S. Attorney
     220 West Depot Street, Ste. 423
     Greeneville, TN 37743
     423/639-6759

## CERTIFICATE OF SERVICE

       I hereby certify that, on August 4, 2009, a copy of the foregoing Sentencing Memorandum was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other interested parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

                           By:   *s/ Robert M. Reeves*
                                    ROBERT M. REEVES
                                    Assistant U.S. Attorney