Judge Greer,
My name is Shannon Widener and I am twenty-three years old. I have made alot of mistakes in my life that I am ashamed of. I am not going to make excuses for what I have done, I will only ask for mercy and hopefully your help. I really feel like I have let my son and my family down and I am ready to change. I have been on the road to nowhere for longer than I care to remember. I started smoking marijuana at age fourteen which eventually, like everyone said it would, led to other drugs. I had my son at age sixteen. I could not have him naturally so the doctor performed a cesarian which was when I was introduced to perscription pain medication. At age seventeen I met and fell in love with Allan Moore who was ten years older than me. He also was addicted to drugs. It got to the point where we did anything we could get ahold of. We lived together for three years until an accidental overdose took his life. This should have shown me that drugs lead only to distruction but I didn't learn from it, things only got worse. I am ready to straighten up my life and be the mother that my six year old son deserves. His father

has never been a part of his life so I am who he looks up to and I dont feel as if I have been much of a role model. I know if you gave me a chance and sent me to rehabilitation I could straighten out my life for myself and my son. I know if I could deal with life's problems without turning to drugs or people on drugs I can be a better person. I truly want to live drug-free for the first time in my life. Drugs have taken everything from me and my son deserves so much better. Again I am not making excuses for my actions I am simply asking the court for mercy and your help to make me a better person. I know either way that I will learn from all of this. I just needed someone to show me how badly I was ruining my life and for this I want to thank you. Anything could have happened to me and you possibly saved my life. Thank you for taking the time to read this.

Shannon Widener