## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE
### CRIMINAL MINUTES: Sentencing

USA v SHANNON N. WIDENER  Date: 08/31/09

Case No. CR-2-09-13  Time 9:25 a.m. To 9:55 a.m.

Honorable J. RONNIE GREER, U.S. District Judge, Presiding

| Kathy Hopson | Karen Bradley |
|---|---|
| Deputy Clerk | Court Reporter |

============================================================

| David Leonard | Robert Reeves |
|---|---|
| Defendant's Attorney | Asst. U.S. Attorney |

**PROCEEDINGS:**

[✔] Motion of government for downward departure to guidelines - [✔] granted  [ ] denied

[✔] Deft given opportunity to speak  [✔] accepts  [ ] declines

[✔] Court Pronounces Judgment

| COUNT | IMPRISONMENT | SUPERVISED RELEASE | FINE | ASSESSMENT |
|---|---|---|---|---|
| 6 | Time Served | 3 years | waived | $100.00 due |

[✔] Counts dismissed   remaining

**CONDITIONS OF SUPERVISED RELEASE:**

[✔] 13 standard conditions
[✔] no firearms or explosives
[✔] no illegal drugs
[✔] participate in a drug and/or alcohol abuse treatment program as directed by USPO
[✔] reside in half-way house for a period of   **6**   months
[✔] cooperate w/the collection of DNA as directed
[✔] other:  **enroll in and complete parenting classes and life skills classes**

**RECOMMENDATIONS:**

[✔] that defendant be given credit for time served
[✔] Placed in custody of U.S. Marshal